IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SCOTT LEONARD and | ) | |
| JOHN KEETON, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cv-219-MEF |
| | ) | |
| LEONARD BESS, *et al.*, | ) | (WO – Do Not Publish) |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER**

On December 4, 2012, the parties were ordered to file a joint stipulation of dismissal that complies with Federal Rule of Civil Procedures 41(a)(1)(A)(ii) on or before December 11, 2012. This deadline has not been complied with, and no party has moved to extend the deadline. Accordingly, it is hereby ORDERED that the parties file their joint stipulation of dismissal on or before **February 22, 2013.**

DONE this the 20th day of February, 2013.

_____ /s/ Mark E. Fuller_____
UNITED STATES DISTRICT JUDGE